UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ROBERT LEE BRIDGERS, | |
| Plaintiff, | |
| v. | **JUDGMENT** |
| | No. 4:17-CV-17-RN |
| NANCY A. BERRYHILL, | |
| *Acting Commissioner of Social Security,* | |
| Defendant. | |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court DENIES Bridgers's Motion for Judgment on the Pleadings, GRANTS Berryhill's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's determination.**

This Judgment Filed and Entered on January 10, 2018 with service on:
Russell R. Bowling, Paul B. Eaglin (via CM/ECF Notice of Electronic Filing)
Kaba-Kabi A. Kazadi (via CM/ECF Notice of Electronic Filing)

Date: January 10, 2018                           PETER A. MOORE, JR., CLERK

_____
Lauren Herrmann, Deputy Clerk